# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-5081
_____

DAVID MINCEY,

Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

Appellee.

_____


On appeal from the Circuit Court for Union County.
David P. Kreider, Judge.

October 23, 2018


PER CURIAM.

AFFIRMED.

WETHERELL, BILBREY, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

David Mincey, pro se, for Appellant.

Eric Salvatore Giunta of the Department of Corrections, Tallahassee, for Appellee.